| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> DISTRICT OF DELAWARE | |
| Case number (if known) _____ | Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Etta Collective, LLC** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **92-1247346** |
| 4. | Debtor's address | **Principal place of business** <br><br> **433 W. Van Buren Street** <br> **Chicago, IL 60607** <br> Number, Street, City, State & ZIP Code <br><br> **Cook** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor  **Etta Collective, LLC**  
_____Name_____    Case number (*if known*) _____

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7225__

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. Check **all** that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? If more than 2 cases, attach a separate list. | ■ No. ☐ Yes. |
|---|---|---|

District _____    When _____    Case number _____  
District _____    When _____    Case number _____

Debtor **Etta Collective, LLC**
      Name

Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **Etta Scottsdale, LLC** | Relationship | **Affiliate** |
| District | **Delaware** When **1/18/24** | Case number, if known | **24-10063** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
      Contact name _____
      Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Etta Collective, LLC**  
    Name

Case number (*if known*)

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **Etta Collective, LLC**   Case number (*if known*) _____
         Name

■ **Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 1, 2024**
              MM / DD / YYYY

_/s/ [signature]_____     **David Pisor**
Signature of authorized representative of debtor    Printed name

Title   **Manager**

**18. Signature of attorney**

X  **/s/ Maria Aprile Sawczuk**     Date  **February 1, 2024**
   Signature of attorney for debtor       MM / DD / YYYY

**Maria Aprile Sawczuk**
Printed name

**Goldstein & McClintock LLLP**
Firm name

**501 Silverside Road**
**Suite 65**
**Wilmington, DE 19809**
Number, Street, City, State & ZIP Code

Contact phone  **302-444-6710**     Email address  **marias@goldmclaw.com**

**3320 DE**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 5

# RESOLUTION
## of
## Etta Collective, LLC
## (a Delaware Limited Liability Company)

### Effective as of February 1, 2024

WHEREAS, the undersigned, being the Manager of Etta Collective, LLC, a Delaware Professional Limited Liability Company (the "*Company*"), has considered the financial and operational aspects of the Company's business and the recommendations of the Company's professionals and advisors, and adopts the following resolutions:

NOW, THEREFORE, BE IT RESOLVED, that, in the judgment of the Manager, it is desirable and in the best interest of the Company, its creditors, members, and other interested parties to file a petition (the "*Petition*") seeking relief under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*"), Subchapter V, in the United States Bankruptcy Court for the District of Delaware (the "*Bankruptcy Court*");

RESOLVED FURTHER, that David Pisor (the "*Authorized Representative*") is hereby authorized and directed, on behalf of the Company, to execute the Petition and/or authorize the execution of a filing of the Petition by the Company and to cause the same to be filed with the Bankruptcy Court at such time as the Authorized Representative considers appropriate;

RESOLVED FURTHER, that the Authorized Representative shall be, and hereby is, authorized, directed, and empowered on behalf of and in the name of the Company to execute, verify, and cause to be filed such requests for relief from the Bankruptcy Court as the Authorized Representative may deem necessary, proper, or desirable in connection with the Petition, including any supporting declarations;

RESOLVED FURTHER, that the Authorized Representative is authorized to execute and file on behalf of the Company all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that it deems necessary or proper to obtain appropriate relief for the Company, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business;

RESOLVED FURTHER, that the law firm of Goldstein & McClintock LLLP shall be, and hereby is, employed as general bankruptcy counsel for the Company in the Company's chapter 11 case;

RESOLVED FURTHER, that the Authorized Representative, and any employees or agents (including counsel) designated by or directed by such Authorized Representative, shall be, and each hereby is, authorized and empowered to cause the Company to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions as, in the judgment of such Authorized Representative, shall be necessary, proper, and desirable (i) to prosecute to a successful completion the Company's chapter 11 case, (ii) to effectuate the restructuring of the Company's debt and other obligations,

organizational form and structure, and ownership of the Company and its assets, consistent with the foregoing resolutions, and (iii) to carry out and put into effect the purposes of and the transactions contemplated by the foregoing resolutions; and

RESOLVED FURTHER, that all actions heretofore taken by the Authorized Representative or of the Company in connection with or otherwise in contemplation of the transactions contemplated by any of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved.

IN WITNESS WHEREOF, the undersigned has executed this action by written consent as of the date first written above.

**David Pisor, not individually, but solely in his capacity as Manager of Etta Collective, LLC**

_____

David Pisor

# United States Bankruptcy Court
### District of Delaware

In re  **Etta Collective, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Etta Collective, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 1, 2024**  
Date

**/s/ Maria Aprile Sawczuk**  
**Maria Aprile Sawczuk**  
Signature of Attorney or Litigant  
Counsel for **Etta Collective, LLC**  
**Goldstein & McClintock LLLP**  
**501 Silverside Road**  
**Suite 65**  
**Wilmington, DE 19809**  
**302-444-6710 Fax:302-444-6709**  
**marias@goldmclaw.com**

Fill in this information to identify the case:

Debtor name: **Etta Collective, LLC**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 5 G Studio Collaborative LLC<br>1217 Main Street<br>Suite 500<br>Dallas, TX 75202 | mike@5gstudio.com | | | | | $19,307.00 |
| 601 W Companies Chicago LLC<br>P.O. Box 67170<br>West Deptford, NJ 08066 | trana@601west.com | | | | | $68,666.32 |
| Armanino LLP<br>P.O. Box 206700<br>Dallas, TX 75320-6700 | Tawny.Schaffer@armanino.com | | | | | $37,469.80 |
| ESG Architecture & Design, Inc.<br>500 Washington Ave S<br>#1080<br>Minneapolis, MN 55415 | heather.whalen@esgarch.com | | | | | $53,475.77 |
| Handler Thayer, LLP<br>191 North Wacker Drive<br>Suite 2300<br>Chicago, IL 60606-1633 | vfleming@handlerthayer.com | | | | | $169,656.69 |
| Hinman & Carmichael LLP<br>260 California St.<br>Suite 700<br>San Francisco, CA 94111 | ating@beveragelaw.com | | | | | $19,100.00 |
| Katie Lieber Grinberg<br>3820 N. Paulina Street<br>Chicago, IL 60613 | katie.grinberg@gmail.com | | | | | $13,025.00 |

Debtor  **Etta Collective, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lumen Workplace<br>1853 W. Race Ave<br>Chicago, IL 60622 | loredana@thinklumen.com | | | | | $20,000.01 |
| Matchnode<br>318 W. Adams<br>Suite 1600<br>Chicago, IL 60606 | chris@matchnode.com | | | | | $27,000.00 |
| Orbit Design<br>2560 Sheridan Blvd<br>Suite 4<br>Denver, CO 80214-3011 | billing@orbit-design.com | | | | | $13,600.00 |
| Pineapple Audio<br>4265 N. Know<br>Suite 201<br>Chicago, IL 60641 | info@pineappleaudio.com | | | | | $57,185.27 |
| Plante & Moran, PLLC<br>16060 Collections Center Drive<br>Chicago, IL 60693 | John.Barsella@plantemoran.com | | | | | $22,560.00 |
| Raines Feldman LLP<br>1801 Olympic Blvd<br>Pasadena, CA 91199-2549 | accounting@raineslaw.com | | | | | $218,421.50 |
| Restaurant 365<br>P.O. Box 846662<br>Los Angeles, CA 90084-6662 | Billing@Restaurant365.com | | | | | $26,589.10 |
| Robins Kaplan LLP<br>800 LaSalle Avenue<br>Suite 2800<br>Minneapolis, MN 55402 | CFS@RobinsKaplan.com | | | | | $89,351.10 |
| Siegel & Moses PC<br>8700 W. Bryn Mawr Ave<br>Suite 720N<br>Chicago, IL 60631 | jennifer@smlaw.org | | | | | $11,049.66 |
| Synergy Management<br>13525 Midland Rd.<br>Suite E<br>Poway, CA 92064 | jtidwell@eatseacreatures.com | | | | | $21,505.34 |
| The Hartford<br>Lockbox 0234<br>P.O. Box 7247<br>Philadelphia, PA 19170-0234 | Fax 877-293-2072 | | | | | $34,174.11 |

Debtor   **Etta Collective, LLC**　　　　　　　　　　　　　　　　Case number *(if known)*
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Trustmark Voluntary Benefit Solutions  12308 N. Corporate Parkway  Suite 100  Mequon, WI 53092** | **TrustmarkCustomerService@trustmarklife.com** | | | | | $10,095.78 |
| **UHS Premium Billing  P.O. Box 94017  Palatine, IL 60094-4017** | **mailto:clientserviceoperations@uhc.com** | | | | | $10,042.39 |